**FILED**

JAMES J. VILT, JR. - CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE ___western___ DISTRICT OF ___Ky___
_____ DIVISION

SEP 18 2025

U.S. DISTRICT COURT
WEST N. DIST. KENTUCKY

*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

Jalen DisHonne Forrest
_____
_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

Louisville Metro Government
Louisville Metro Public Defenders' Office
Common wealth of Ky

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. ___3:25CV-605-JHM___
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☑ Yes   ☐ No
*(check one)*

I.  **The Parties to This Complaint**

A.  **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                  Jalen Forrest
Street Address        1666 Jefferson
City and County       Lou. KY Jefferson Co.
State and Zip Code    KY 40202
Telephone Number      (502) 574
E-mail Address

B.  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name                  Lou. Metro Gov.
Job or Title
(if known)            gov
Street Address        527 W Jefferson St.
City and County       Lou. Jefferson Co.
State and Zip Code    KY 40202
Telephone Number
E-mail Address
(if known)

Defendant No. 2
Name                  Lou. Metro Public Defenders Office
Job or Title
(if known)            State
Street Address        5 Mill Creek PK
City and County       Lou. Jefferson Co.
                      Frankfort

2

State and Zip Code _____ KY 40202 40601 _J.P._

Telephone Number _____ 502 564 8006

E-mail Address _____
(if known)

Defendant No. 3

Name _Commonwealth of KY_

Job or Title _____
(if known)

Street Address _J.F. 700 Capital Ave , 2 29 W Main St_

City and County _Ste 400 Lou . Jefferson Co Frankfort_

State and Zip Code _KY 40202 J.P. 40601_

Telephone Number _(123) 456 7890_

E-mail Address _____
(if known)

Defendant No. 4

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two
types of cases can be heard in federal court: cases involving a federal question and cases
involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising
under the United States Constitution or federal laws or treaties is a federal question case.
Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another
State or nation and the amount at stake is more than $75,000 is a diversity of citizenship
case.  In a diversity of citizenship case, no defendant may be a citizen of the same State
as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Violation of Civil rights 42 U.S.C. § 1983

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

   a.     If the plaintiff is an individual

   The plaintiff, *(name)* Jalen Forest is a citizen of the State of *(name)* Kentucky.

   b.     If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

   a.     If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

over two years. Arrested Sept 18, 2023 Detained
Sept 19, 2023 charged w/ murder no prior record @
broad Leaf apt. by Lou. Police Dept. Approx.
3:33p.

6th Speedy Trial Violation - delay over
2 years in starting or retrying Case
you over by not bring me to trial in
a reasonable time

5TH Lack of Legal Representation - No
attorney appointed + prior/the ineffective
Counsel. Eventually given 3 mots later

8TH Conditions of Confinement inhumane
unsafe unsanitary jail conditions

14th Due Process Violations - Case re Started
improperly, + deprivation of liberty

Brady Violation - Prosecution failed
to disclose exculpatory evidence

Constitutional Violations 4, 5, 8,
14 amendment

A —defendant is Corporation

b. Lou. Metro. Gov incorporated
under the laws of the State of Ky
+ has a principal place of business in
the State of Ky

A.

b Lou. Metro Public Defenders Office
incorporated under the laws of the
State of Ky + has a principal place
of business in the State of Ky.

A

B Common wealth of Ky incorporated
under the laws of the State of Ky +
has a principal place of business
in the State of Ky.

b.    If the defendant is a corporation

The defendant, *(name)* Lou. Metro Public Defenders
incorporated under the laws of the State of *(name)* Office
Kentucky , and has its principal place of
business in the State of *(name)* Ky . *Or is*
incorporated under the laws of *(foreign nation)*
—  , and has its principal place of
business in *(name)* — .

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

328 billion modern day
slavery "black ivory," excessive bail
severely unstaffed, lack of training, jail, unsanti
zated, unhealthy enviorment, culture

**III.    Statement of Claim** shock but no limited to. No. court doc or filing
on Kyocs or send mail

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

Lou. Metro Government is responsible for the policies
+ oversight of local detetion facilies +
public safety services to all. Lou. Metro
Public defenders Office entered into a contract
w/ city + failed to provide legal representation
during my fast + speedy faze. New attorney started
proceed over Commonwealth of Ky violated my
4, 5, 6, 8 + 14 amendment[5] by keeping me in a inhum
ane, unsafe, unconstitutionalized conditions & confine
ment

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Freedom this as caused me to be subject to abuse, S.A, prejudice, mental anguish + emotional dysfunction, spiritual awakenings, attacks, Ment Medical negligence, anxiety, high blood pressures, might mares +, P.TSD, harrassment 328 billion presently happening I would like to be compensated too. No dental care*

## V.    Certification and Closing

*Best + True to my knowledge*

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *Sept-11, 2025*

Signature of Plaintiff     *Jalen Forrest*

Printed Name of Plaintiff  *Jalen Forres*

### B.    For Attorneys

Date of signing: _____, 20__.

6

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

Telephone Number _____

E-mail Address _____

7

40 7803 St. Andrews Ch. Rd. #35
40214



LOUISVILLE KY 400
16 SEP 2025 PM 1 L

**FILED**
JAMES J. VILT, JR. - CLERK

SEP 18 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

United States Dist. Court
106 Gene Snyder U.S. Courthouse
601 W. Broadway
Lou. Ky 40202

40202-224999



67803 St. Andrews Ch. Rd. #35
40214

LOUISVILLE KY 400
16 SEP 2025 PM 1 L

S.S. forever

**FILED**
JAMES J. VILT, JR. - CLERK

SEP 18 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

United States dist. Court
601 W Broadway
Lou. Ky 40202-2249

40202-224999