

# Important Update

With the passage of HB 568 by the Kentucky Legislature on March 16, 2023, the legal services provided by the Louisville – Jefferson County Public Defender Corporation ("Public Defender Corporation") will be terminated as of June 30, 2024. The Kentucky Department of Public Advocacy ("DPA") will provide those legal services beginning on July 1, 2024.

As a result, Public Defender Corporation will cease its regular business and operations on June 30, 2024. For further information regarding the Kentucky Department of Public Advocacy, including employment opportunities, please go to: **https://dpa.ky.gov/ < https://dpa.ky.gov/>** .

Beginning July 1st, you can contact the DPA Louisville Trial Office at this toll-free number: 833-934-5953. If you need to call the DPA Frankfort Office, that number is: (502) 564-8006.

CLICK HERE TO GO TO THE DPA WEBSITE
- HTTPS://DPA.KY.GOV/ -