# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**FILED**
JAMES J. VILT, JR. - CLERK
OCT 24 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Jalen Dishonne Forrest

(Full name of the Plaintiff(s) in this action)

v.

Lou Metro Gov.
Lou. Public defender
Commonwealth of Ky

CIVIL ACTION NO. 3:25CV-605-JHM
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

(_) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

## I. PARTIES

(A) **Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Jalen D. Forrest

Place of Confinement: Lou. Metro Jail

Address: 600 Jefferson St. 40202

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: ___

Place of Confinement: ___

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(B) **Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Lou Metro Gov__ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(2) Defendant __Lou. Public defender__ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(3) Defendant __Commonwealth of K__ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

Court (if federal court, name the district. If state court, name the county): _____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): _____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Lou. Metro Government, Lou. Metro Public Defenders, Commonwealth of Ky

Over 2. years. detained Sept. 18 2023 @ broadleaf Apts. in lou. Ky 402. approx 4:30p. on fugitive warrant of Ind. Sept. 19, 2023 lou. Ky jail kept me + charged me in alledge murder of my stepfather. Public defender appointed 9.20.23 public fender failed to file any motions for fast + speedy, dismissal, H.I.P later discovered why... Contract was coming up unbeknowst to me. I have no record in Ky or Ind. Presently in Lou. Metro + Commonwealth of Ky. Oct 20 2025 @ 8:17c. for alledge murder, investigator is 4 of 11 needed in Lou. Metro gov. no witnesses were contacted on my behalf nor on the behalf of stepfather "delayed response" same day his apt. was ramsacked by public

4

## III. STATEMENT OF CLAIM(S) continued

all violated my

4th unreasonable gov. searches + seizure
5th lack of legal representation delay in reappointment of one ineffective counsel
6th delayed over 2 year not going to trial in a reasonable time
8th conditions of confinement inhumane, unsafe, unsanitary, unconstitutional
14th due process Civil Rights
Brady violation - Prosecution failed to disclose exculpatory evidence

all causing me lost of freedom, prejudice, mental, spiritual, emotional, physical + financial dispair & anguish, attacks, aniexty, med. neg. high blood pressure, PTSD, harrasment, people opinion + judgement, culture shock, economic rationale, psychological methods, Anglo Saxon ideas methods of instrument master/slave relationship

5

Lou. Metro Gov. is responsible for the policies + oversight of local detain + public safety services. Commonwealth of Ky violated 4, 5, 6, 8, 14

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ __328 billion__

✓ grant injunctive relief by __release from detention__

___ award punitive damages in the amount of $ __328 billion__

✓ other: __const. rights protected; respected__

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This __20__ day of __Oct__, 20__25__

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on __20 Oct 2025__.

_____
(Signature)

6

Javen Forrest 306651399
600 Jeff. St.
40202

LOUISVILLE KY 400
21 OCT 2025 PM 4 L

Gene Synder Courthouse
601 W Broadway Rm 106
Lou, KY

**FILED**
JAMES J. VILT, JR. - CLERK
OCT 24 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

3:25 CV-605