AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

Jalen Dshonne Forrest

*Plaintiff*

v.

Civil Action No. 3:25CV-605-JHM

Commonwealth of Ky

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Commonwealth of Ky
229 W Main St. Ste 400
Frankfort, Ky 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

Jalen Dishonne Forrest
_____
Plaintiff

v.

Lou Metro Gov
_____
Defendant

Civil Action No. 3:25CV-605-JHM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Lou. Metro Gov.
527 W. Jefferson St.
Lou. Ky, 40202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                    _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

Jalen Dishonne Forrest
_____
Plaintiff
v.
Lou. Public defenders
_____
Defendant

Civil Action No. 3:25cv-605-JHM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Lou. Public defenders office
5 mill Creek PK
Jefferson Co. Frankfort Ky. 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                  _____
                                          *Signature of Clerk or Deputy Clerk*